UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:10-CR-01352(1)-AM |
| | § | |
| (1) JOSE INEZ GARCIA ZARATE | § | |

**ORDER REVOKING SUPERVISED RELEASE
AND RE-SENTENCING DEFENDANT**

On **May 12, 2011**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on **October 26, 2010**.  The defendant, **(1) JOSE INEZ GARCIA ZARATE**, appeared with his attorney **Gregory D. Torres**, and the government appeared by Assistant United States Attorney, **Robert Cadena**, in the above-entitled and numbered criminal action.

The defendant pled not true to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **May 12, 2011**, that the defendant has violated the terms of supervised release as alleged in the said petition.  Thus, the Government's Amended petition to revoke will be and is hereby **GRANTED**.

Upon oral Motion by the Government to dismiss the original petition to Revoke Supervised Release hereby **GRANTED.**

It is hereby ORDERED that the terms of supervised release ordered on **November 7, 2003**, as set out in the judgment entered on **November 21, 2003**, being the same, is hereby

revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) JOSE INEZ GARCIA ZARATE** be committed to the custody of the U.S. Bureau of Prisons for a term of **TWENTY-ONE (21) months**, pursuant to 18 U.S.C. § 3583(e)(3). The sentence in this case shall run consecutively to the Sentence imposed in **DR-09-CR-1278(1)**. No further term of supervised release is imposed.

The Court recommends that the defendant be incarcerated in a Medical facility.

The Court recommends that the defendant be incarcerated as close to FCI Florence Colorado, if possible.

SIGNED on this 13th day of May, 2011.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal